UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                )
                                      )   **Chapter 13 Proceeding**
**Nicholas and Jeannie Spaliaras**    )   Case No.  05-64741
                                      )
       **Debtors**                    )

## AMENDED NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $15.52 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That creditor Methodist Hospitals filed a proof of claim c/o Friedman & Wexler LLC.
3. That your Trustee attempted to make payment on said claim in the amount of $15.52 in January 2011 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $15.52 into U.S. Treasury Fund 106000 on behalf of creditor Methodist Hospitals Inc. c/o Friedman & Wexler LLC whose last know address was P.O. Box 52, Highland Park, IL 60035.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Nicholas and Jeannie Spaliaras, 1280 W. 98th Avenue, Crown Point, IN 46307